# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA RAMIREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. CV 19-5459 DOC (PVC)<br><br><br>**JUDGMENT** |

  Pursuant to the Court's Order Granting Plaintiff's Motion to Dismiss Appeal, IT IS ADJUDGED that the above-captioned action is DISMISSED WITH PREJUDICE.

Dated: February 12, 2020

*/s/ David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE